UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTIER BUCHANAN,<br><br>    Plaintiff,<br><br>    v.<br><br>P. PLATA, et al.,<br><br>    Defendants. | Case No. 22-cv-03836-JST<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate housed at California State Prison, Corcoran ("CSP-Corcoran"), in Corcoran, California, filed this *pro se* action under 42 U.S.C. § 1983, alleging violations of his rights under the First Amendment and the Americans with Disabilities Act. The events or omissions giving rise to the claim(s) occurred at CSP-Corcoran, Plaintiff is housed at CSP-Corcoran, and Defendants are CSP-Corcoran employees or prison officials. Corcoran is in Kings County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 20, 2022

                                                                JON S. TIGAR<br>                                                       United States District Judge